IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   1:24-cr-00564-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| DONNELL A. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE**

    Donnell A. Jones, through his counsel, Nathan Williams, requests a continuance of this matter from the Pre-Trial Conference date of August 13, 2024.  Defense counsel has specifically advised Mr. Donell A. Jones that by requesting this continuance, or consenting thereto, he has waived his rights to a speedy trial.  Defense counsel has also consulted with the Assistant U.S. Attorney assigned to the case, and the Assistant U.S. Attorney consents to this request.

    Mr. Jones requests this continuance for the following reasons:

1. Mr. Jones was indicted on July 16, 2024.  Dkt. No. 2.

2. This is the first request for a continuance in this case.

3. Granting a continuance in this case will affect no other deadlines in the case.

4. Counsel for defendant recently submitted a Motion for discovery and evidence on August 5, 2024. The government is diligently working to respond to that motion and provide Mr. Jones and his counsel with discovery in this case.

5. In order to make a fully informed decision about his case, Mr. Jones would like additional time so that he may receive his case discovery and review it with his counsel.

Accordingly, defendant believes that not continuing the case would deny counsel for the

defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, the undersigned respectfully requests that this Court continue this case as to Mr. Jones until the Court's next regularly scheduled status conference.

                              Respectfully submitted,

                              *s:/ Nathan S. Williams*
                              Nathan S. Williams (Fed. ID 10400)
                              Law Offices of Nathan S. Williams
                              266 W. Coleman Blvd., Ste. 204
                              Mount Pleasant, South Carolina 29464
                              nathan@scfederaldefense.com
                              (843) 473-7000

August 8, 2024